UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
(Rural Development)

    Plaintiff

v.

LUIS ENRIQUE FELICIANO-BRUNO,
MARIBEL VAZQUEZ MERCADO, and
the conjugal partnership
constituted by both

    Defendants

CIVIL NO. 98-2322 (CC)

FORECLOSURE OF MORTGAGE

ORDER FOR CANCELLATION OF LIS PENDENS

Upon motion duly made by plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of the Registry of Property of Manatí, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> "RUSTICA: Solar marcado con el número trece (13) del plano de inscripción radicado en el barrio Florida Afuera y Garrochales del término municipal de Barceloneta, Puerto Rico, con una cabida superficial de NOVECIENTOS (900.00mc) METROS CUADRADOS y en lindes por el NORTE, en veinticinco punto sesenta y un (25.61m) metros con la Autoridad de Tierra de Puerto Rico; por el SUR, en veinticinco punto sesenta y un (25.61m) metros, con servidumbre a favor de la Compañía Telefónica de Puerto Rico, que a su vez, colinda con área a dedicarse a uso público (calle uno (1); por el ESTE, en treinta y cuatro punto ochenta y cuatro (34.84m) metros, con solar número catorce (14) y por el OESTE, en treinta y cinco punto cuarenta y dos (35.42m) metros con solar número doce (12)".



USA v. Luis Enrique Feliciano Bruno, et als.
Civil No. 98-2322 (CC)
Page 2

> Sobre este solar enclava una estructura de hormigón y bloques, para fines residenciales, consistente de sala, comedor, cocina, un balcón, tres dormitorios, marquesina, lavandería, un baño.

Plaintiff's mortgage is recorded at page 152rs, volume 125 of Barceloneta, property number 7902, 4th inscription at the Registry of the Property of Manatí, Puerto Rico.

Lis Pendens recorded at the Property Registry of Manatí, at page 165, entry 103, upon the property subject of this action.

In San Juan, Puerto Rico, this 13 day of January, 2000.

                                    _____
                                    UNITED STATES DISTRICT JUDGE